1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL AARON WITKIN, | No.  2:20-CV-02378-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| R. BURTON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The Court has granted Plaintiff's motion for leave to proceed in forma pauperis. The Court now orders the filing fee to be collected.

To:     The California Department of Corrections and Rehabilitation
            1515 S Street, Sacramento, California 95814:

Plaintiff is obligated to pay the full statutory filing fee of $350.00 for this action. In addition to any initial partial filing fee required to be assessed, Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's inmate trust account.  The agency referenced above is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from Plaintiff's inmate

1   trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of

2   $350.00 is paid in full.  See 28 U.S.C. § 1915(b)(2).

3                        Accordingly, IT IS HEREBY ORDERED that:

4                 1.       Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 4, has

5   been granted;

6                 2.       Plaintiff is required to pay the full statutory filing fee of $350.00 for this

7   action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

8                 3.       The director of the agency referenced above, or a designee, shall collect

9   from Plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions

10  of 28 U.S.C. § 1915(b)(1) and shall forward the amount to the Clerk of the Court, such payment

11  to be clearly identified by the name and number assigned to this action;

12                4.       Thereafter, the director of the agency referenced above, or a designee, shall

13  collect from Plaintiff's inmate trust account the balance of the filing fee by collecting monthly

14  payments from Plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the

15  preceding month's income credited to Plaintiff's inmate trust account and forwarding payments to

16  the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28

17  U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full, such

18  payments to be clearly identified by the name and number assigned to this action;

19                5.       The Clerk of the Court is directed to serve a copy of this order and a copy

20  of Plaintiff's signed in forma pauperis affidavit to the address shown above; and

21                6.       The Clerk of the Court is further directed to serve a copy of this order on

22  the Financial Department of the Court.

23

24  Dated:  December 23, 2020

25                                                    _____
                                                      DENNIS M. COTA
26                                                    UNITED STATES MAGISTRATE JUDGE

27

28

                                                      2