IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. BURTON, et al.,<br><br>　　　　Defendants. | No.  2:20-CV-02378-TLN-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  This matter has been referred to the Court's early Alternative Dispute Resolution program and a settlement conference has been set for July 19, 2023, before the Honorable Jeremy D. Peterson.  The stay of proceedings imposed on November 15, 2022, is extended through the date of the settlement conference.

　　　　IT IS SO ORDERED.

Dated:  March 10, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE