ROB BONTA, State Bar No. 202668
Attorney General of California
MARISA KIRSCHENBAUER, State Bar No. 226729
Supervising Deputy Attorney General
DANIEL DUAN, State Bar No. 294009
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0291
  Fax:  (510) 622-2270
  E-mail:  Daniel.Duan@doj.ca.gov
*Attorneys for Defendant
R. Burton and C. Miett*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL WITKIN,**<br><br>                                    Plaintiff,<br><br>        v.<br><br>**R. BURTON, et al.,**<br><br>                                    Defendant. | 2:20-cv-02378-TLN-DMC<br><br>**Stipulation for Voluntary Dismissal With Prejudice (Fed. R. Civ. 41(a)(1)(A)(ii))** |

Plaintiff Michael Witkin and Defendants R. Burton and C. Miett have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

//

//

//

1

Stip. Vol. Dismiss.  (2:20-cv-02378-TLN-DMC)

Dated: July 26, 2023

_____
MICHAEL WITKIN
Plaintiff

Dated: July 27, 2023

_____
DANIEL DUAN
Deputy Attorney General
California Attorney General's Office
Attorney for Defendants R. Burton and C. Miett

SA2022303346
91646778.docx

**ORDER**

The parties' stipulation to dismiss all claims with prejudice against Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is **APPROVED**.

Dated: August 16, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2

Stip. Vol. Dismiss.  (2:20-cv-02378-TLN-DMC)